| TO:<br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

| Action or Appeal? **Action** | | Court Name and Location |
|---|---|---|
| Docket No.<br>7:23−cv−00187 | Date Filed:<br>6/7/2023 | SOUTHERN DISTRICT OF TEXAS<br><br>MCALLEN DIVISION<br>United States District Court<br>1701 W. Bus. Hwy. 83<br>McAllen, TX 78501 |

| Plaintiff(s)<br>Reed Timmer | Defendant(s)<br>Radio United, LLC |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

**A copy of the complaint is being mailed with this form.**

| Clerk:<br>Nathan Ochsner, Clerk | By Deputy Clerk:<br>Karen Lopez | Date:<br>6/7/2023 |
|---|---|---|