Case 7:23-cv-00187   Document 7   Filed on 06/26/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Reed Timmer,<br>    Plaintiff,<br><br>v.<br><br>Radio United, LLC,<br>    Defendant. | §<br>§<br>§<br>§<br>§   Civil Action No. M-23-187<br>§<br>§<br>§<br>§<br>§ |

## **ORDER FOR CONFERERNCE**

A scheduling conference has been set for September 28, 2023 at 10:00 a.m. before Magistrate Judge Peter Bray by video.

After the parties confer as required by Rule 26(f), counsel shall prepare and file not less than 7 days before the conference a joint discovery/case management plan. All inquiries regarding this conference shall be directed to Jason Marchand, Case Manager for Magistrate Judge Peter Bray at 713-250-5148, or via email at Jason_Marchand@txs.uscourts.gov.

If all parties will consent to the jurisdiction of this magistrate judge for all purposes in this case pursuant to 28 U.S.C. § 636(c), they must file the attached consent form at least three days before the scheduled conference. Parties are free to withhold consent without adverse substantive consequences. Fed.R.Civ.P. 73(b).

Signed on June 26, 2023 at Houston, Texas.

_____
Peter Bray
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**         **SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Reed Timmer | § § § § CIVIL ACTION NUMBER: § § 7:23cv187 |
| *versus* | § § |
| Radio United, LLC | § § § |

# CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

     All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c) .

_____          _____

_____          _____

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____Peter Bray_____

to conduct all further proceedings, including final judgment.

_____                    _____
    Date                                              United States District Judge

SDTX (consent mag) 7/13/98

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# NOTICE OF THE RIGHT TO TRY
# A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

Clerk of Court