UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| REED TIMMER §<br>§<br>  Plaintiff, §<br>§<br>v. §<br>§<br>RADIO UNITED, LLC §<br>§<br>  Defendant. §<br>§ | CIVIL ACTION No. 7:23-CV-00187 |

## **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Radio United, LLC ("Defendant") by and through its undersigned counsel, files this answer to Plaintiff Reed Timmer's Complaint, and in support thereof, answers as follows:

## **INTRODUCTION**[1]

1. Defendant admits Plaintiff filed the instant action bringing claims for copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq*. Defendant otherwise denies any suggestion or implication in paragraph 1 that Defendant committed any act in violation of the Copyright Act, and further denies that Plaintiff is entitled to any damages.

2. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 2, and therefore denies the allegations in paragraph 2.

3. Defendant admits the allegations of this paragraph.

4. Defendant denies the allegations in this paragraph.

## **PARTIES**

---

[1] Defendant uses Plaintiff's headings only for convenience. To the extent any heading suggests or implies any liability on Defendant, such heading is expressly denied.

5. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 5, and therefore denies the allegations in paragraph 5.

6. Defendant admits that it is a Delaware limited liability company with a principal place of business in Hidalgo County, Texas, but denies the remaining allegations of this paragraph.

## JURISDICTION AND VENUE

7. Defendant admits the allegations in this paragraph.

8. Defendant admits the allegations in this paragraph.

9. Defendant admits the allegations in this paragraph.

## FACTS COMMON TO ALL CLAIMS

A. **Plaintiff's Copyright Ownership**

10. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 10, and therefore denies the allegations in paragraph 10.

11. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 11, and therefore denies the allegations in paragraph 11.

12. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 12, and therefore denies the allegations in paragraph 12.

13. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 13, and therefore denies the allegations in paragraph 13.

14. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 14, and therefore denies the allegations in paragraph 14.

15. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 15, and therefore denies the allegations in paragraph 15.

16. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 16, and therefore denies the allegations in paragraph 16.

17. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 17, and therefore denies the allegations in paragraph 17.

B. **Defendant's Infringing Activity**

18. Defendant admits the allegations of this paragraph.

19. Defendant admits the allegations of this paragraph.

20. Defendant admits that it uses its media content on the Account in promotion of its business, but denies the remaining allegations of this paragraph.

21. Defendant admits that Exhibit 2 to Plaintiff's Complaint appears to be a screenshot of Defendant's Facebook page on or about September 28, 2022. Defendant is without knowledge or information to form a belief as to the truth of the remaining allegations of paragraph 21, and therefore denies the remaining allegations of paragraph 21.

22. Defendant denies the allegations of this paragraph.

23. Defendant denies the allegations of this paragraph.

24. Defendant denies the allegations of this paragraph.

25. Defendant denies the allegations of this paragraph.

26. Defendant admits that it takes an active role in the content posted on its Account, including posting, selecting, commenting on and displaying images, but denies the remaining allegations of this paragraph.

27. Defendant denies the allegations of this paragraph.

28. Defendant denies the allegations of this paragraph.

29. Defendant denies the allegations of this paragraph.

30. Defendant admits that it has the ability to control and limit the activities on its Account, but denies the remaining allegations of this paragraph.

31. Defendant admits the allegations of this paragraph.

32. Defendant denies the allegations of this paragraph.

33. Defendant denies the allegations of this paragraph.

34. Defendant denies the allegations of this paragraph.

35. Defendant denies the allegations of this paragraph.

36. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 36, and therefore denies the allegations in paragraph 36.

37. Defendant denies the allegations of this paragraph.

38. Defendant denies the allegations of this paragraph.

39. Defendant denies the allegations of this paragraph.

## FIRST COUNT
*(Direct Copyright Infringement, 17 U.S.C. § 501 et seg.)*

40. No response is necessary to this paragraph. To the extent a response is warranted, Defendant denies the allegations of this paragraph.

41. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 41, and therefore denies the allegations in paragraph 41.

42. Defendant is without knowledge or information to form a belief as to the truth of the allegations of paragraph 42, and therefore denies the allegations in paragraph 42.

43. Defendant admits that Plaintiff has not assigned any of its exclusive rights in the copyright to Defendant, but denies the remaining allegations of this paragraph.

44. Defendant denies the allegations of this paragraph.

45. Defendant denies the allegations of this paragraph.

46. Defendant denies the allegations of this paragraph.

47. Defendant denies the allegations of this paragraph.

48. Defendant denies the allegations of this paragraph.

49. Defendant denies the allegations of this paragraph.

## JURY DEMAND

50. No response is necessary to this paragraph. To the extent a response is warranted, Defendant denies the allegations of this paragraph.

## PRAYER FOR RELIEF

Defendant acknowledges Plaintiff's prayer for relief but denies Plaintiff is entitled to same.

## DEFENDANT'S AFFIRMATIVE DEFENSES

The following defenses are asserted without waiver of the above, and in the alternative:

1. Plaintiff's claims are barred, in whole or in part, by the doctrine of fair use.

2. Plaintiff's claims are barred, in whole or in part, by license from the author of the alleged work and/or sublicense from a sublicensee of the alleged work.

3. Plaintiff's claims are barred, in whole or in part, by an implied license from the author of the alleged work.

4. Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

5. Plaintiff's claims are barred, in whole or in part, by estoppel.

6. Plaintiff's claims are barred, in whole or in part, by the doctrine of acquiescence.

7. Plaintiff's claims are barred, in whole or in part, because infringement, if any, was innocent.

8. Plaintiff's claims are barred, in whole or in part, because Defendant's use, if any, of Plaintiff's video was *de minimis*.

9. Plaintiff's claims are barred, in whole or in part, for Plaintiff's failure to mitigate damages.

10. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

Date: July 12, 2023

Respectfully submitted,

By: /s/ Miguel Villarreal, Jr.
Miguel Villarreal, Jr.
ATTORNEY-IN-CHARGE
Texas State Bar No. 24042095
S.D. Texas Attorney No. 566669
mvillarreal@gunn-lee.com
Julie P. Bell
Texas State Bar No. 24116091
S.D. Texas Attorney No. 3778079
jbell@gunn-lee.com
GUNN, LEE, &CAVE, P.C.
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
(210) 886-9500 Telephone
(210) 886-9883 Facsimile

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ Miguel Villarreal, Jr.