IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REED TIMMER | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 7:23-CV-00187 |
| v. | § | |
| | § | |
| RADIO UNITED, LLC | § | |
| | § | |
| Defendant. | § | |

## JOINT PROPOSED SCHEDULING ORDER AND DOCKET CONTROL ORDER

Pursuant to the Court's Order For Conference (Doc. 7) scheduling the Rule 16 Conference With the Court, the parties jointly submit the proposed Scheduling Order and Docket Control Order attached hereto as Exhibit A.

Date: September 21, 2023

Respectfully Submitted,

By: /s/*James Freeman*
James Freeman
Craig Sanders
Sanders Law Group
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
csanders@sanderslaw.group
jfreeman@sanderslaw.group

**ATTORNEYS FOR PLAINTIFF**

By: /s/*Miguel Villarreal, Jr.*
Miguel Villarreal, Jr.
Attorney-in-Charge
Texas State Bar No. 24042095

{00427059.1}               1

        S.D. Texas Attorney No. 566669
Miguel.Villarreal@gunn-lee.com
Julie P. Bell
Texas State Bar No. 24116091
S.D. Texas Attorney No. 3778079
julie.bell@gunn-lee.com
Gunn, Lee & Cave, P.C.
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
210-886-9500
210-886-9883 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system.

/s/*James Freeman*
James Freeman

{00427059.1}    2