UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REED TIMMER, <br><br> Plaintiff, <br><br> v. <br><br> RADIO UNITED, LLC <br><br> Defendant. | § § § § § § § § § § § | CIVIL ACTION No. 7:23-CV-00187 |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant, Radio United, LLC and is authorized to receive, and requests service of, all pleadings, notices, orders and other papers submitted and/or entered in this suit:

Julie P. Bell
Texas State Bar No. 24116091
S.D. Texas Attorney No. 3778079
GUNN, LEE & CAVE, P.C.
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
210-886-9500
210-886-9883 Facsimile
Julie.Bell@gunn-lee.com

Date: September 22, 2023

Respectfully submitted,

By: /s/ Julie P. Bell
Miguel Villarreal, Jr.
ATTORNEY-IN-CHARGE
Texas State Bar No. 24042095
S.D. Texas Attorney No. 566669
mvillarreal@gunn-lee.com
Julie P. Bell

Texas State Bar No. 24116091
S.D. Texas Attorney No. 3778079
jbell@gunn-lee.com
GUNN, LEE, &CAVE, P.C.
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
(210) 886-9500 Telephone
(210) 886-9883 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ Julie P. Bell