**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

Reed Timmer

v.                                        Case Number: 7:23−cv−00187

Radio United, LLC

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET**
**FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/28/2023

**TIME:** 09:45 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    September 26, 2023

Nathan Ochsner, Clerk