UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REED TIMMER, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 7:23-cv-000187 |
| v. | § § § | |
| RADIO UNITED, LLC | § § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE DREW B TIPTON (U.S.D.J.)

**MAY IT PLEASE THE COURT,** plaintiff Reed Timmer ("Plaintiff") respectfully notifies the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court adjourn all pending dates and grant the parties thirty (30) days to consummate their transaction before filing a Stipulation of Dismissal. No other dates will be impacted by this request. Defendant Radio United, LLC consents to the filing of this Notice.

    Respectfully submitted,

    **SANDERS LAW GROUP**

    /s/*James H. Freeman/*
    James H. Freeman, Esq.
    NY State Bar No.: 4001533
    333 Earle Ovington Blvd., Ste. 402
    Uniondale, NY 11553
    Tel: (516) 203-7600
    Email: jfreeman@sanderslaw.group

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record via CM/ECF on April 24, 2024.

/s/jameshfreeman/
James H. Freeman