# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| REED TIMMER, | §<br>§<br>§ |
| *Plaintiff*, | §<br>§ |
| v. | § Case No: 7:23-cv-000187 |
| RADIO UNITED, LLC | §<br>§ |
| *Defendant*. | §<br>§<br>§ |

## UNOPPOSED MOTION FOR 30-DAY EXTENSION

**PLEASE TAKE NOTICE** that, upon this Motion; the annexed declaration of Plaintiff's counsel James Freeman, dated May 22, 2024; and the pleadings and prior proceedings herein, Plaintiff ("Plaintiff") will move the Court, before the Honorable Drew B. Tipton (U.S.D.J.), at the United States District Court, Southern District of Texas (McAllen), at a time and date to be determined by the Court, for an Order granting Plaintiff's request for a thirty (30) day extension of the deadline for the parties to file a Stipulation of Dismissal of the action. Despite the parties' best efforts, they were unable to complete the settlement transaction before the original deadline of May 23, 2024. After meet and confer between counsel on May 21, 2024, Defendant Radio United, LLC consented to the requested relief.

Dated:  Uniondale, New York
          May 22, 2024

                                    Respectfully submitted,

                                    /s/ *James H. Freeman* /
                                    James H. Freeman
                                    Sanders Law Group
                                    333 Earle Ovington Blvd., Ste. 402
                                    Uniondale, NY 11553
                                    516-203-7600
                                    Email:jfreeman@sanderslaw.group

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served upon all counsel of record on May 22, 2024 via CM/ECF.

                                                                                   s/ *James H Freeman* /
                                                                                   James H. Freeman