# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| REED TIMMER, | § |
| *Plaintiff*, | § |
| v. | § Case No: 7:23-cv-000187 |
| RADIO UNITED, LLC | § |
| *Defendant*. | § |

## DECLARATION OF JAMES FREEMAN

**JAMES H. FREEMAN**, under the penalty of perjury, declares:

1. I am an attorney with Sanders Law Group (the "Firm"), where I am an associate.

2. I am a member in good standing of the New York State Bar and am admitted to practice before this Court and serve as counsel for plaintiff Reed Timmer ("Plaintiff").

3. I submit this declaration in support of Plaintiff's motion for a 30-day extension extension of the deadline for the parties to file a Stipulation of Dismissal of the action.

4. Despite the parties' best efforts, they were unable to complete the settlement transaction before the original deadline of May 23, 2024.

5. After meet and confer between counsel on May 21, 2024, Defendant Radio United, LLC consented to the requested relief.

Dated: Uniondale, New York
      May 22, 2024                                        Respectfully submitted:

                                                                             *s/James H. Freeman/*
                                                                             James H. Freeman