# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| REED TIMMER, | § § § |
| *Plaintiff*, | § § |
| v. | § Case No: 7:23-cv-000187 |
| RADIO UNITED, LLC | § § |
| *Defendant*. | § § § § |

## [PROPOSED] ORDER

This non-dispositive matter came before the Court on plaintiff Reed Timmer's motion for an Order granting Plaintiff's request for a thirty (30) day extension of the deadline for the parties to file a Stipulation of Dismissal of the action. Having considered the Plaintiff's motion and attorney declaration in support,

**IT IS HEREBY ORDERED** that for good cause shown, the parties shall file a Stipulation of Dismissal on or before _____.

Dated: _____  **SO ORDERED.**

_____
Drew B. Tipton (U.S.D.J.)