IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(MCALLEN DIVISION)

| | | |
|---|---|---|
| REED TIMMER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Case No. 7:23-cv-00187 |
| v. | § | |
| | § | |
| RADIO UNITED, LLC | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL OF CIVIL ACTION
## WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Reed Timmer, and counsel for Radio United, LLC that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees. A proposed Order of Dismissal is included herewith.

| | |
|---|---|
| /s/*James Freeman* | /s/*Miguel Villarreal, Jr.* |
| James H. Freeman | Miguel Villarreal, Jr. |
| | Texas State Bar No. 24042095 |
| | S.D. Texas Attorney No. 566669 |
| | |
| SANDERS LAW GROUP | GUNN, LEE & CAVE, P.C. |
| 333 Earle Ovington Blvd., Ste. 402 | 8023 Vantage Drive, Ste. 1500 |
| Uniondale, New York 11530 | San Antonio, TX 78230 |
| Telephone: (516) 503-7600 | Telephone: (210) 886-9500 |
| jfreeman@sanderslaw.group | mvillarreal@gunn-lee.com |
| | |
| Dated: May 28, 2024 | Dated: May 28, 2024 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/*James Freeman*
James H. Freeman