# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# (MCALLEN DIVISION)

| | | |
|---|---|---|
| REED TIMMER | § § § | |
| *Plaintiff,* | § § | |
| | § | Case No. 7:23-cv-00187 |
| v. | § § | |
| RADIO UNITED, LLC | § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Plaintiff Reed Timmer and Defendant Radio United, LLC have notified the Court that they resolved this dispute and requested dismissal with prejudice of all claims asserted in this action. It is therefore ORDERED that all claims brought by Plaintiff are hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

SIGNED this _____ day of _____, 2024.

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE

1

Approved:

By: /s/*James Freeman*
SANDERS LAW GROUP
333 Earle Ovington Blvd., Ste. 402
Uniondale, NY 11553
jfreeman@sanderslaw.group

**ATTORNEYS FOR PLAINTIFF**

By: /s/*Miguel Villarreal, Jr.*
Miguel Villarreal, Jr.
Attorney-in-Charge
Texas State Bar No. 24042095
S.D. Texas Attorney No. 566669
mvillarreal@gunn-lee.com
GUNN, LEE & CAVE, P.C.
8023 Vantage Dr., Suite 1500
San Antonio, Texas 78230
210-886-9500
210-886-9883 Facsimile

**ATTORNEYS FOR DEFENDANT**