United States District Court
Southern District of Texas
**ENTERED**
May 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(MCALLEN DIVISION)

| | | |
|---|---|---|
| REED TIMMER | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | Case No. 7:23-cv-00187 |
| v. | § | |
| | § | |
| RADIO UNITED, LLC | § | |
| | § | |
| *Defendant.* | | |

## ORDER OF DISMISSAL

Plaintiff Reed Timmer and Defendant Radio United, LLC have notified the Court that they resolved this dispute and requested dismissal with prejudice of all claims asserted in this action. It is therefore ORDERED that all claims brought by Plaintiff are hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

SIGNED this 29th day of May, 2024.

*/s/ Drew B. Tipton*
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE

Approved:

| | |
|---|---|
| By: /s/*James Freeman*<br>SANDERS LAW GROUP<br>333 Earle Ovington Blvd., Ste. 402<br>Uniondale, NY 11553<br>jfreeman@sanderslaw.group<br><br>**ATTORNEYS FOR PLAINTIFF** | By: /s/*Miguel Villarreal, Jr.*<br>Miguel Villarreal, Jr.<br>Attorney-in-Charge<br>Texas State Bar No. 24042095<br>S.D. Texas Attorney No. 566669<br>mvillarreal@gunn-lee.com<br>GUNN, LEE & CAVE, P.C.<br>8023 Vantage Dr., Suite 1500<br>San Antonio, Texas 78230<br>210-886-9500<br>210-886-9883 Facsimile<br><br>**ATTORNEYS FOR DEFENDANT** |